Randi Brooke Creef
BOP #: 92281-083
Case # 2:18CR00065-002

3:22 cv 51 Groh, Trumble, Sims

Honorable Judge Irine M. Keeley;

March 21, 2022

FILED
MAR 24 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Your Honor, I am writing to you in regards to filing a motion on applying to seek an award of 2 days credit for each of the 1007 days of imprisonment. Seeking hard time COVID credit for the 1007 day served.

I was sentenced to 150 months on March 5, 2019. I arrived at SFF Hazelton on May 8, 2019. I've completed several FSA classes, 10 self-study ACE packets and I'm currently in 2 FSA classes.

Due to COVID, program availability has been limited.. as well as recreation, visitation, legal support, helpful resources and medical attention with no emotional/mental health support.

On March 17, 2020 we went on modified operations due to the Covid-19 pandemic. We were on full lockdown until February 20, 2021 and then we went on partial lockdown, we are still currently on modified operations/ partial lockdown. We went through an improper daily diet and went days without any water in our cells, we were instructed to take bowel movements in plastic bags. We had no way to bathe ourselves, eventually the BOP brought in porta potties and shower trailers for our limited use.

A day in prison under extreme lockdown and in fear of contracting a deadly virus puts alot of emotional, mental and physical stress on an inmate. While not intended as punishment, incarceration in such conditions is unavoidable resulting in harsher punishment. (See eg US vs. Rodriguez, No. 00CR.761 (JSR)459 F. Supp. 3d306.)

My goal is to get home to my family, and most importantly: my young son. I would like my case to be

considered for the Cares Act/HardTime Covid credit. Thank you for your time and consideration regarding this matter. I look forward to your response!

Sincerely,

Randi B. Creef
Randi Brooke Creef

Randi Creef #92281-083
SFF Hazelton
PO BOX 3000
Bruceton Mills, WV. 26525