IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg

**RANDI BROOKE CREEF,**

        Petitioner,

v.                                               **Civil Action No. 3:22-cv-51**
                                                         Judge Bailey

**SFF HAZELTON,**

        Respondent.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On March 24, 2022, the petitioner filed a *pro se* letter which the Court construed as a habeas petition under 28 U.S.C. § 2241.  Because the petition was not on the Court-approved form, the Clerk of Court issued the petitioner a Notice of Deficient Pleading and Intent to Dismiss [Doc. 2].  The Notice informed petitioner that her case would be dismissed within thirty days, and if she wished to pursue a § 2241, she would have to refile her petition on the Court-approved form.

On April 15, 2022, the petitioner refiled her petition on the Court approved form, and it was assigned Civil Action No. 3:22-cv-71.  Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the petitioner by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

**DATED:** April 20, 2022.

                                                                JOHN PRESTON BAILEY
                                                                 UNITED STATES DISTRICT JUDGE